# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., AMY JONES, TODD SKILTON, JOHN LOWMAN, JOSEPH COLL, TANYSHA BROWN, AND DANIEL GERVAIS<br><br>    Plaintiffs,<br><br>v.<br><br>NED LAMONT,  JAMES ROVELLA, PAUL MELANSON, ANDREW COTA, BRIAN GOULD and JAMES KENNY<br><br>    Defendants. | **Case No. 3:20-cv-00646-JAM**<br><br><br><br>**STATUS REPORT**<br>RE: SERVICE OF PROCESS AND NOTICE<br><br><br>MAY 12, 2020 |

On May 11, 2020, documents to be served were delivered to State Marshal Timothy Wall of Wallingford, CT. It is the understanding of the undersigned that, on May 12, 2020, State Marshal Wall served the following Defendants as indicated below:

1.      Re: Ned Lamont - The papers were delivered to the Office of the CT Attorney General (as directed);

2.      Re: James Rovella: The papers were delivered to the Office of the CT Attorney General (as directed);

3.      Re: Paul Melanson: The dispatcher at the Farmington Police Department accepted the papers (as directed);

4.      Re: Andrew Cota: Was served in hand at the Ansonia Police Department;

5.      Re: Brian Gould: Was served in hand at the Bristol Police Department;

6.      Re: James Kenny: The Lieutenant on duty at the Vernon Police Department accepted

the papers (as directed);


Dated: MAY 12, 2020      Respectfully submitted,

        */s/Craig C. Fishbein*
        Craig C. Fishbein, Esq.
        (ct25142)
        FISHBEIN LAW FIRM, LLC
        100 South Main Street
        P.O. Box 363
        Wallingford, Connecticut 06492
        Telephone: 203.265.2895
        Facsimile: 203.294.1396
        E-mail: ccf@fishbeinlaw.com


        */s/Doug Dubitsky*
        Doug Dubitsky, Esq.
        (ct21558)
        LAW OFFICES OF DOUG DUBITSKY
        P.O. Box 70
        North Windham, CT 06256
        Telephone: 860.808.8601
        Facsimile: 866.477.1120
        Email: doug@lawyer.com

        Attorneys for the Plaintiffs