# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., AMY JONES, TODD SKILTON, JOHN LOWMAN, JOSEPH COLL, TANYSHA BROWN, AND DANIEL GERVAIS<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NED LAMONT, JAMES ROVELLA, PAUL MELANSON, ANDREW COTA, BRIAN GOULD and JAMES KENNY<br><br>　　　　Defendants. | Case No. 3:20-cv-00646-JAM<br><br>**PROPOSED ORDER ON PLAINTIFFS' TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>JUNE 1, 2020 |

Pursuant to Fed. R. Civ. Pro. 65, the Court grants the Plaintiffs' Motion for Emergency Temporary Restraining Order, or, in the Alternative, Issuance of a Preliminary Injunction as follows:

1) Pending further Order of this Court, Defendants Lamont and Rovella shall, within two days of this Order, issue orders to all relevant persons working under them and all governmental agencies, departments, political subdivisions, municipalities, municipal agencies, and municipal police departments under the Defendants' authority or direction: revoking the provisions in Paragraph 2 of Executive Order 7E and requiring said persons and entities to comply with Conn. Gen. Stat. §29-17(c);

2) In the event Defendants Lamont and Rovella determine that revoking the provisions in Paragraph 2 of Executive Order 7E and requiring said persons and entities to comply with Conn. Gen. Stat. §29-17(c) as set forth in paragraph 1) above would put the public at substantial risk, then, pending further Order of this Court, Defendants Lamont and Rovella shall, within two days of this Order, issue orders to said persons and entities,

   a) ordering DESPP and municipal police departments to provide an alternative procedure to fingerprinting, by which applicants for firearm, ammunition and magazine certificates and permits are able to submit positive documentation of their

identity, and within five business days of such submission, the receiving entity shall forward such documentation to the State Police Bureau of Identification which shall conduct criminal history records checks in accordance with CGS 29-17a with the documentation forwarded;

and,

b) ordering DESPP to maintain at least three locations in Connecticut – which locations can be changed from time to time as needed by DESPP -- at which persons are able to submit applications for state-issued firearm, ammunition and magazine certificates and permits during reasonable days and times established by DESPP for the taking of such applications; and

3) If unforeseen circumstances arise that materially impair the reasonable ability of any person or entity subject to the orders of Defendants Lamont and Rovella to accept and process firearms-related applications as provided in the General Statutes or in the alternative procedure established pursuant to this Order, such person or entity shall notify this Court and counsel for the Plaintiffs within two (2) business days of the material change in the ability to accept and process such applications.

Dated: JUNE 1, 2020     Respectfully submitted,

      /s/ Craig C. Fishbein
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

      /s/ Doug Dubitsky
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com
Attorneys for the Plaintiffs

## **CERTIFICATION**

  I hereby certify that on June 1, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

            */s/ Craig C. Fishbein*
            Craig C. Fishbein, Esq.
            (ct25142)
            FISHBEIN LAW FIRM, LLC
            100 South Main Street
            P.O. Box 363
            Wallingford, Connecticut 06492
            Telephone: 203.265.2895
            Facsimile: 203.294.1396
            E-mail: ccf@fishbeinlaw.com