Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____   RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 2 hours 40 minutes

DATE: 6/1/2020   START TIME: 10:10 AM   END TIME: 12:46 PM

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:20-cv-00646-JAM

Connecticut Citizens Defense League

vs

Ned Lamont, et al.

Craig C. Fishbein, Doug Dubitsky
Plaintiff's Counsel

Matthew B. Beizer
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....# 3 Motion for Temporary Restraining Order   ☐ granted ☐ denied ☑ advisement
☐ .....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____   ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until _____ at _____

Notes: