**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., AMY JONES, TODD SKILTON, JOHN LOWMAN, JOSEPH COLL, TANYSHA BROWN and DANIEL GERVAIS | : NO.: 3:20-CV-00646 (JAM)<br>:<br>:<br>:<br>:<br>: |
| v. | :<br>: |
| NED LAMONT, JAMES ROVELLA, PAUL MELANSON, ANDREW COTA, BRIAN GOULD and JAMES KENNY | :<br>:<br>: JUNE 5, 2020 |

**DEFENDANT LAMONT'S NOTICE OF STATUS**
**POST ARGUMENT ON MOTION FOR TEMPORARY RESTRAINING ORDER**
**AND PRELIMINARY INJUNCTION**

In accordance with Order # 68, Defendant Lamont hereby submits that he intends to repeal the provisions of Executive Order 7-E which suspended state statutes prohibiting law enforcement officials from refusing to take fingerprints for purposes of criminal background checks. The repeal will be effective June 15 and will be reflected in an Executive Order, prior to that date.

Defendant
Governor Lamont

WILLIAM TONG
ATTORNEY GENERAL

By      */s/ Matthew B. Beizer*
Matthew B. Beizer
Federal Number #16304
Assistant Attorney General
Office of the Attorney General
McKenzie Hall
110 Sherman Street
Hartford, CT 06105
Tel: 860-808-5450
Fax: 860-808-5591
Email: matthew.beizer@ct.gov

## **CERTIFICATION**

I hereby certify that on June 5, 2020, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Matthew B. Beizer*
Matthew B. Beizer
Assistant Attorney General