United States District Court

| | |
|---|---|
| Connecticut Citizens Defense League, Inc., et al<br>*Plaintiffs* | 3:20 cv 006460 (JAM) |
| v. | |
| Ned Lamont, et al<br>*Defendants* | June 11, 2020 |

## DEFENDANT LAMONT'S AND COMMISSIONER ROVELLA'S STATUS REPORT

The undersigned defendants hereby report to the Court that, consistent with their June 5, 2020 Notice to the Court (ECF #69), on June 10, 2020, Governor Lamont issued Executive Order No. 7YY, which repeals Executive Order 7E, Section 2, effective June 15, 2020.

A copy of Executive Order 7YY is attached hereto.

DEFENDANTS

Governor Lamont

Commissioner Rovella

By/s/ *Matthew B. Beizer*

Matthew B. Beizer (#16304)

Assistant Attorney General

110 Sherman Street

Hartford, Ct. 06105

860-808-5450

Matthew.Beizer@Ct.Gov

1

**Certificate of Service**

      I hereby certify that on June 11, 2020, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

      /s/ *Matthew Beizer*

      Matthew B. Beizer

      Assistant Attorney General