United States District Court

Connecticut Citizens Defense League, Inc., et al    3:20 cv 006460 (JAM)
      *Plaintiffs*

v.

Ned Lamont, et al
      *Defendants*    June 16, 2020

### DEFENDANT LAMONT'S AND COMMISSIONER ROVELLA'S STATUS REPORT

The undersigned defendants hereby report to the Court that, consistent with the June 2, 2020 Affidavit of DESPP Commissioner Rovella, (ECF #64-2), on June 15, 2020, DESPP resumed collection activities at all DESPP locations for applicants seeking fingerprints for firearms-related purposes, including permits.

    DEFENDANTS

    Governor Lamont

    Commissioner Rovella

    By/s/ *Matthew B. Beizer*

    Matthew B. Beizer (#16304)

    Assistant Attorney General

    110 Sherman Street

    Hartford, Ct. 06105

    860-808-5450

    Matthew.Beizer@Ct.Gov

**Certificate of Service**

I hereby certify that on June 16, 2020, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

/s/ *Matthew Beizer*

Matthew B. Beizer

Assistant Attorney General