UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT CITIZENS | : | CIVIL NO. 3:20-CV-0646(JAM) |
| DEFENSE LEAGUE, INC., *et al.*, | : | |
| | : | |
| v. | : | |
| | : | |
| GOVERNOR NED LAMONT, *et al.*, | : | JUNE 19, 2020 |

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel, Assistant Attorney General DeAnn S. Varunes., hereby moves to withdrawal her appearance as counsel for Defendants Lamont and Rovella in this action. Good cause exists to grant this motion and the requirements of Local Rule 7(e) are satisfied, as detailed in the supporting memorandum of law.

**WHEREFORE**, the Court should grant this motion, should allow Assistant Attorney General DeAnn S. Varunes to withdrawal her appearance, and should terminate that appearance from the docket.

DEFENDANTS,
Governor Ned Lamont,
Commissioner Rovella

WILLIAM TONG
ATTORNEY GENERAL

BY:____/s/DeAnn S. Varunes_____
DeAnn S. Varunes
Assistant Attorney General
Office of the Attorney General
McKenzie Hall
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct25903
E-Mail:  deann.varunes@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on June 16, 2020, a copy of the foregoing was filed

electronically. Notice of this filing will be sent by e-mail to all parties by operation of the

Court's electronic filing system. Parties may access this filing through the Court's

system.

____/s/DeAnn S. Varunes_____
DeAnn S. Varunes
Assistant Attorney General