# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., AMY JONES, TODD SKILTON, JOHN LOWMAN, JOSEPH COLL, TANYSHA BROWN AND DANIEL GERVAIS<br><br>Plaintiffs,<br><br>v.<br><br>NED LAMONT, JAMES ROVELLA, PAUL MELANSON, ANDREW COTA, BRIAN GOULD AND JAMES KENNY<br><br>Defendants | CIV. NO. 3:20-cv-00646 (JAM)<br><br>**PLAINTIFFS' MOTION FOR DEFAULT**<br><br>JUNE 25, 2020 |

Pursuant to Fed. R. Civ. P. 55(a), the Plaintiffs respectfully move this Court to enter default against the Defendants, Governor Ned Lamont ("Lamont") and Commissioner James Rovella ("Rovella") for their failure to plead. In support of this motion, the undersigned hereby submits the following:

1. On May 12, 2020, Defendants Lamont and Rovella were served with the papers initially filed, and standing orders issued by the court clerk. (ECF #19.)

2. On May 12, 2020, Defendants Lamont and Rovella appeared, through counsel. (ECF #14 and #15.)

3. On May 15, 2020, the Plaintiffs filed an Amended Complaint, as of right. (ECF #26.)

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants Lamont and Rovella were required to answer the Amended Complaint within 21 days.

5. As of this date, Defendants Lamont and Rovella have failed, neglected, and/or

1

refused to answer the Amended Complaint.

The right of Defendants Lamont and Rovella to answer the Amended Complaint having expired on June 4, 2020 without their having answered the same, the Plaintiffs respectfully request this Court to issue orders of default against Defendants Lamont and Rovella.

Dated: JUNE 25, 2020                            Respectfully submitted,

                                               */s/Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

                                               */s/Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.808-8601
Facsimile: 866.477.1120
Email: doug@lawyer.com


Attorneys for the Plaintiffs

## **CERTIFICATION**

I hereby certify that on June 25, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

>     */s/Craig C. Fishbein*
> Craig C. Fishbein, Esq.
> (ct25142)
> FISHBEIN LAW FIRM, LLC
> 100 South Main Street
> P.O. Box 363
> Wallingford, Connecticut 06492
> Telephone: 203.265.2895
> Facsimile: 203.294.1396
> E-mail: ccf@fishbeinlaw.com