United States District Court

| | |
|---|---|
| Connecticut Citizens Defense League, Inc., et al | 3:20 cv 006460 (JAM) |
| *Plaintiffs* | |
| v. | |
| Ned Lamont, et al | |
| *Defendants* | June 26, 2020 |

### DEFENDANT LAMONT'S AND COMMISSIONER ROVELLA'S RESPONSE TO PLAINTIFFS'MOTION FOR DEFAULT (ECF # 81)

On June 17, 2020, pursuant to Federal Rule of Civil Procedure 26(f), the attorneys in the above matter held a teleconference. At said teleconference, plaintiffs' attorneys stated that they intend to seek leave of the Court to amend their Amended Complaint, pursuant to Federal Rule 15 (a)(2). It was agreed during said conference that plaintiffs' attorneys would be granted until July 17, 2020 to file said motion. It was further agreed that within 21 days of the court's ruling on the motion to amend, the defendants would be required to file a responsive pleading. In fact, plaintiffs' attorneys have circulated a draft of a Joint Rule 26(f) Report, which incorporates these issues.

The undersigned has proceeded in accordance with the above-stated terms. Nevertheless, plaintiffs' attorneys now seek to default the defendants for failing to Answer their Amended Complaint. Accordingly, concurrent with the filing of this motion, the undersigned defendants are filing an Answer to the plaintiff's Amended Complaint.

WHEREFORE, plaintiffs' motion for default should be denied.

1

DEFENDANTS

Governor Lamont

Commissioner Rovella

<u>By/s/</u> *Matthew B. Beizer*

Matthew B. Beizer (#16304)

Assistant Attorney General

110 Sherman Street

Hartford, Ct. 06105

860-808-5450

Matthew.Beizer@Ct.Gov

**<u>Certificate of Service</u>**

I hereby certify that on June 26, 2020, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

<u>/s/ *Matthew Beizer*</u>

Matthew B. Beizer

Assistant Attorney General