UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT CITIZENS | : | CIVIL NO. 3:20-CV-0646(JAM) |
| DEFENSE LEAGUE, INC., *et al.*, | : | |
|    *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| GOVERNOR NED LAMONT, *et al.*, | : | JULY 1, 2020 |
|    *Defendants*. | | |

## NOTICE OF APPEAL

Defendants Governor Lamont and Commissioner Rovella hereby give notice that they appeal to the United States Court of Appeals for the Second Circuit from this District Court's Order and its attached opinion (Doc. 70) that granted the motion for preliminary injunction and entered a preliminary injunction.

Undersigned counsel is admitted to the United States Court of Appeals for the Second Circuit and is attorney for Governor Lamont and Commissioner Rovella.

*Respectfully submitted*,

DEFENDANTS
 Governor Lamont,
 Commissioner Rovella

WILLIAM TONG
ATTORNEY GENERAL


BY:__/s/_*Stephen R. Finucane*_____
    Stephen R. Finucane
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct30030
    E-Mail:  stephen.finucane@ct.gov
    Tel: (860) 808-5450
    Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that on July 1, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


__/s/_*Stephen R. Finucane*_____
Stephen R. Finucane
Assistant Attorney General