UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., AMY JONES, TODD SKILTON, JOHN LOWMAN, JOSEPH COLL, TANYSHA BROWN, AND DANIEL GERVAIS<br><br>      Plaintiffs,<br><br>v.<br><br>NED LAMONT, JAMES ROVELLA, PAUL MELANSON, ANDREW COTA, BRIAN GOULD and JAMES KENNY<br><br>      Defendants. | Case No. 3:20-cv-00646-JAM<br><br><br><br>**OBJECTION TO MOTION FOR SECURITY FOR COSTS**<br><br><br>JULY 8, 2020 |

The Plaintiffs in this action consist of a non-profit organization with over 37,000 members, and six individuals. On June 26, 2020, Defendants Ned Lamont and James Rovella filed a *Motion for Security for Costs* (ECF#84), asking that individual Plaintiff Amy Jones pay a security bond of $500.00, the maximum allowable by this Court.

On June 29, 2020, the Honorable Judge Jeffrey A. Meyer granted the Defendants' motion, "absent objection and subject to *de novo* reconsideration in the event of any objection filed." (ECF #86). Pursuant to Local Rule 83.3(b), the Plaintiffs now object to the imposition of the bond requirement on Ms. Jones.

Local Rule 83.3(b) permits the court to waive the bond upon good cause being shown.

The U.S. District Court for the District of Connecticut, like many other district courts, imposes a bond requirement "to insure that whatever assets a party does possess will not have been dissipated or otherwise have become unreachable by the time such costs actually are awarded."

1

Whitnum v. Town of Greenwich, 3:14-cv-1183 (SRU), at *1-2 (D.Conn. June 22, 2015); Leary v. Manstan, No. 3:13-cv-639 (JAM), 2015 WL 521497, at *2 (D. Conn. Feb. 9, 2015) (quoting Selletti v. Carey, 173 F.3d 104, 112 (2d Cir. 1999) (emphasis omitted)). Local Rule 83.3(b) also allows a district judge discretion to modify or waive the bond requirement. Whitnum v. Town of Greenwich, *supra*, at *2.

The two Defendants seeking the bond from Ms. Jones are high level government officials sued in their official capacities. There is no showing that the state government is in any need for Ms. Jones to pay any such security to protect the state's interests. Nor is there any indication that the assets of the Plaintiffs, as a group, will be so dissipated or will otherwise become so unreachable at the end of this litigation, that collectively, the Plaintiffs will not be able to cover $500.00 in costs should the Court ever award them to these Defendants.

Ultimately, there is no point to Defendant Lamont's and Rovella's motion directed at individual Plaintiff Jones except to harass and vex her, and to distract her from addressing the important matters at hand in this case. The fact that two of the highest officials in state government are going after an individual woman who is simply seeking to exercise constitutional rights this Court has already ruled the Defendants have likely violated, instead of seeking bond from Plaintiff Connecticut Citizens Defense League, Inc., belies any possible justification Lamont and Rovella may have to request a bond, and makes apparent their motive of intimidating one individual Plaintiff to whom they have already caused irreparable harm.

WHEREFORE, for good cause shown, the Plaintiffs respectfully request that the order granting the Defendant Lamont's and Rovella's *Motion for Security for Costs* against Ms. Jones be vacated, and the bond be waived as to all Plaintiffs.

Dated: JULY 8, 2020	Respectfully submitted,

    */s/Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

    */s/Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.808.8601
Facsimile: 866.477.1120
Email: doug@lawyer.com

Attorneys for the Plaintiffs

## CERTIFICATION

I hereby certify that, on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: July 8, 2020                    */s/ Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com
*Attorney for Plaintiff*