UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., AMY JONES, TODD SKILTON, JOHN LOWMAN, JOSEPH COLL, TANYSHA BROWN, AND DANIEL GERVAIS<br><br>    Plaintiffs,<br><br>v.<br><br>NED LAMONT, JAMES ROVELLA, PAUL MELANSON, ANDREW COTA, BRIAN GOULD and JAMES KENNY<br><br>    Defendants. | Case No. 3:20-cv-00646-JAM<br><br><br>**REPLY TO DEFENDANTS' "MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE"**<br><br>JULY 9, 2020 |

On July 8, 2020, the Plaintiffs inadvertently filed their Objection to Defendants Lamont's and Rovells's Motion for Security for Costs as a "Motion to Vacate." It was not, in fact, a standalone motion. Instead, subject to the Court's June 29, 2020 Order (#86) granting Defendants Lamont's and Rovells's Motion for Security for Costs "subject to *de novo* reconsideration in the event of any objection filed," the Plaintiffs filed an objection (#88). The Plaintiff's filing is even titled "OBJECTION TO MOTION FOR SECURITY FOR COSTS," notwithstanding the filing category inadvertently clicked when filing the document on the Court's CM/ECF system.

Defendants Lamont and Rovella are clearly either confused by the listing on the Court's electronic filing system and didn't notice the title on the document itself, or they are attempting to create controversy before the Court out of whole cloth.

1

Defendants Lamont and Rovella vociferously argue that the Plaintiff's "motion" should be denied for failing to attach a memorandum of law in violation of D. Conn. L. Civ. R. 7(a)1. (Doc. 89, p. 2). However, this argument fails for two reasons. First, no memorandum of law was required when filing an objection to the Defendant's Motion for Security for Costs. More importantly, the Plaintiffs' opposition (# 88) is a memorandum of law. It starts out setting forth the relevant facts (Doc. 88, p. 1), then sets forth the applicable law, citing the local rule and several District Court and Circuit Court decisions applying that rule (*id.*, p. 1-2), and then analyzing the facts to the law, reaching a legally reasonable conclusion. That certainly appears to be a memorandum of law to the Plaintiffs.

On the other hand, although Defendants Lamont and Rovella title their reply to the Plaintiffs' opposition as a "memorandum of law" (Doc. 89) even a peripheral reading of that filing shows that it is no such thing. Although it mentions certain procedural rules, it cites no court decisions interpreting those rules, and although it makes conclusory statements, it does not provide the Court with any analysis applying the facts to the law. It is, quite simply, a rant intended to make the Plaintiffs look bad in the eyes of the Court. The Court should not countenance such temper tantrums.

WHEREFORE, for good cause shown, the Plaintiffs respectfully request that the Court sustain their objection to Defendants Lamont's and Rovella's *Motion for Security for Costs* against Ms. Jones, and waive the bond as to all Plaintiffs.

Dated: JULY 9, 2020            Respectfully submitted,

                                        */s/Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

                                        */s/Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.808.8601
Facsimile: 866.477.1120
Email: doug@lawyer.com

Attorneys for the Plaintiffs

## **CERTIFICATION**

I hereby certify that, on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: July 9, 2020 /s/ *Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com
*Attorney for Plaintiff*