UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT CITIZENS | : | CIVIL NO. 3:20-CV-0646(JAM) |
| DEFENSE LEAGUE, INC., *et al.*, | : | |
|    *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| GOVERNOR NED LAMONT, *et al.*, | : | JULY 9, 2020 |
|    *Defendants*. | | |

## NOTICE *re*:  Doc. 91

The defendants appreciate that the plaintiffs have clarified that their objection or motion was mistakenly labelled.  Further, the defendants are certainly not "attempting to create controversy"; they have plenty of other ways to spend their limited time.  Though admittedly, they are a bit "confused," specifically by the route plaintiffs have taken in contesting a simple $500 security bond, as it appears the resources spent on this could have simply been put to posting the bond.

Hopefully the acrimony can be dialed done a notch here.  Connecticut is a small state with a small bar, and this case is just beginning.  Surely the parties will need to cooperate on scheduling and all sorts of other matters in this case.

**WHEREFORE**, the Court should overrule plaintiffs' objections.

*Respectfully submitted*,

DEFENDANTS
 Governor Lamont,
 Commissioner Rovella

WILLIAM TONG
ATTORNEY GENERAL


BY:__/s/_*Stephen R. Finucane*_____
 Stephen R. Finucane
 Assistant Attorney General
 110 Sherman Street
 Hartford, CT  06105
 Federal Bar #ct30030
 E-Mail:  stephen.finucane@ct.gov
 Tel: (860) 808-5450
 Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on July 9, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


__/s/_*Stephen R. Finucane*_____
 Stephen R. Finucane
 Assistant Attorney General