UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT CITIZENS | : | CIVIL NO. 3:20-CV-0646(JAM) |
| DEFENSE LEAGUE, INC., *et al.*, | : | |
|    *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| GOVERNOR NED LAMONT, *et al.*, | : | AUGUST 31, 2021 |
|    *Defendants*. | | |

**RESPONSE TO ORDER TO SHOW CAUSE**

Commissioner Rovella and Governor Lamont hereby respond to the Court's Order (Doc. 106), and they respectfully request that the Court dismiss this action as contemplated in the Order. If the Court wishes, these defendants would be willing to submit additional briefing, along with a motion to dismiss and for judgment on the pleadings, if plaintiffs are able to show cause why the case should not be dismissed without the need for such briefing and motion practice and the expenditure of resources that come with same.

**WHEREFORE**, the defendants respectfully request that this case be dismissed. *See* (Doc. 106).

**ORAL ARGUMENT NOT REQUESTED**

*Respectfully submitted*,

DEFENDANTS
 Governor Lamont,
 Commissioner Rovella

WILLIAM TONG
ATTORNEY GENERAL


BY:__/s/_*Stephen R. Finucane*_____
 Stephen R. Finucane
 Assistant Attorney General
 110 Sherman Street
 Hartford, CT  06105
 Federal Bar #ct30030
 E-Mail:  stephen.finucane@ct.gov
 Tel: (860) 808-5450
 Fax: (860) 808-5591


**CERTIFICATION**

I hereby certify that on August 31, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


__/s/_*Stephen R. Finucane*_____
Stephen R. Finucane
Assistant Attorney General