UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., AMY JONES, TODD SKILTON, JOHN LOWMAN, JOSEPH COLL, TANYSHA BROWN, AND DANIEL GERVAIS,<br>    Plaintiffs, | : : : : : : : | CIV. NO.3:20-cv-00646(JAM) |
| vs. | : : | |
| NED LAMONT, JAMES ROVELLA, PAUL MELANSON, ANDREW COTA, BRIAN GOULD AND JAMES KENNY,<br>    Defendants. | : : : | AUGUST 31, 2021 |

**RESPONSE TO ORDER TO SHOW CAUSE**

  Defendants BRIAN GOULD and ANDREW COTA respectfully respond to the Court's Order (Doc. 106), and they respectfully request that the Court dismiss this action as contemplated in the Order. If the Court wishes, these defendants would be willing to submit additional briefing, along with a motion to dismiss and for judgment on the pleadings, if plaintiffs are able to show cause why the case should not be dismissed without the need for such briefing and motion practice and the expenditure of resources that come with same.

  **WHEREFORE**, the defendants respectfully request that this case be dismissed. See (Doc. 106).

DEFENDANTS, BRIAN GOULD AND
ANDREW COTA

BY <u>/ss/ James N. Tallberg</u>
James N. Tallberg
Federal Bar No.: ct17849
Patrick D. Allen
Federal Bar No.: ct28403
Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
jtallberg@kt-lawfirm.com

## **CERTIFICATION**

I hereby certify that on August 31, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

<u>/ss/ James N. Tallberg</u>
James N. Tallberg