UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., AMY JONES, TODD SKILTON, JOHN LOWMAN, JOSEPH COLL, TANYSHA BROWN and DANIEL GERVAIS | : : : : : : | NO.: 3:20-CV-00646 (JAM) |
| v. | : : | |
| NED LAMONT, JAMES ROVELLA, PAUL MELANSON, ANDREW COTA, BRIAN GOULD and JAMES KENNY | : : : | AUGUST 31, 2021 |

## **MOTION TO DISMISS**

Defendants PAUL MELANSON, and JAMES KENNY hereby move this Court pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) to dismiss Count One and Count Two of the Plaintiffs' First Amended Complaint (Doc. 26), filed on May 15, 2020, for failure to state a claim upon which relief can be granted. Filed concurrently herewith is a memorandum in support of the Defendants' motion, which is incorporated herein by reference.

WHEREFORE, the Defendants, PAUL MELANSON and JAMES KENNY, respectfully request that the Court grant their Motion to Dismiss as to Counts One and Two of the Plaintiffs' First Amended Complaint.

DEFENDANTS,
PAUL MELANSON , IN HIS OFFICIAL CAPACITY AND JAMES KENNY, IN HIS OFFICIAL CAPACITY

By  */s/ Thomas R. Gerarde*
  Thomas R. Gerarde
  ct05640
  Eric E. Gerarde
  ct31120
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail:  tgerarde@hl-law.com
  E-Mail:  egerarde@hl-law.com

**CERTIFICATION**

       This is to certify that on August 31, 2021, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Craig C. Fishbein Esq.
Fishbein Law Firm, LLC
100 South Main Street
Wallingford, CT 06492

Doug Dubitsky, Esq.
Law Offices of Doug Dubitsky
P.O. Box 70
North Windham, CT 06256

Stephen Finucane, Esq.
Attorney General's Office - Sherman St (Htfd)
110 Sherman St.
Hartford, CT 06105

Matthew B. Beizer , Esq.
Attorney General's Office
MacKenzie Hall
110 Sherman St.
Hartford, CT 06105-2294

John Paul Marini , Esq.
Marino, Zabel & Schellenberg, PLLC
657 Orange Center Rd
Orange, CT 06401

James Newhall Tallberg Esq.
Patrick D Allen Esq.
Karsten & Tallberg LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

                                                                 */s/ Thomas R. Gerarde*
                                                                  Thomas R. Gerarde