# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., AMY JONES, TODD SKILTON, JOHN LOWMAN, JOSEPH COLL, TANYSHA BROWN, AND DANIEL GERVAIS<br><br>Plaintiffs,<br><br>v.<br><br>NED LAMONT, JAMES ROVELLO, PAUL MELANSON, ANDREW COTA, BRIAN GOULD, AND JAMES KENNY<br><br>Defendants | Case No. 3:20-CV-00646(JAM)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION**<br><br>AUGUST 31, 2021 |

TO THE HONORABLE COURT:

AND NOW, this 31st of August, 2021, Plaintiffs Connecticut Citizens Defense League, Inc, Amy Skilton, Todd Skilton, Tanyasha Brown, Joseph Coll and Daniel Gervais file this Notice of Voluntary Dismissal of Action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and in support thereof respectfully state as follows:

1.  Plaintiffs filed this action on May 9, 2020 alleging violations of the Second Amendment to the U.S. Constitution, rights of due process, rights of equal protection, seeking injunctive and declaratory relief against Defendants Ned Lamont, James Rovello, Paul Melanson, Andrew Cota, Brian Gould and James Kenny.

1

2. Pursuant to Rule 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action against a defendant without a court order by filing a notice of dismissal before the opposing parties have served either an answer or a motion for summary judgment. No defendant hereto has served either an answer or a motion for summary judgment in this matter.

3. Accordingly, this Notice constitutes, without further order of this Court, the dismissal of the above-captioned action without prejudice.

Dated: August 31, 2021              Respectfully submitted,

  /s/ Craig C. Fishbein
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

  /s/ Doug Dubitsky
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.808.8601
Facsimile: 866.477.1120
Email: doug@lawyer.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 31, 2021, a copy of the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system.

Dated: August 31, 2021  /s/ *Craig C. Fishbein, Esq.*
Craig C. Fishbein, Esq.
Conn. Atty. Bar No. 420267
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

*Attorney for Plaintiffs*